1024

THE STATE OF WASHINGTON, *Respondent*, v. CYNTHIA D.
TRUELOVE, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 97-1-00075-9, Tom Reynolds, J., entered May 28, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
DEWAYNE OLSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00357-7, Don L. McCulloch, J., entered July 21, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. RICHELLE RAE
BERTELLA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00359-1, Richard L. Brosey, J., entered August 17, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.

*In the Matter of the Detention of* L.W.

L.W., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-6-00829-6, Donald H. Thompson, J., entered August 7, 1998. *Dismissed* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Hunt, JJ.